OPINION — AG — **** EMPLOYEES — MOTOR POOL — TURNPIKE FEES — REIMBURSEMENT **** A STATE OFFICER OR EMPLOYEE, WHEN DRIVING A CAR BELONGING TO THE MOTOR POOL ON STATE BUSINESS AND TRAVELING ON A TURNPIKE, MAY NOT LAWFULLY BE REIMBURSED FOR TURNPIKE FEES EXPENDED FOR SUCH TRAVEL. CITE: OPINION NO. 68-215, 74 O.S. 1961 500.11 [74-500.11], 74 O.S. 1967 Supp., 500.8 [74-500.8], 74 O.S. 1961 500.10 [74-500.10], 74 O.S. 1967 Supp., 500.5 [74-500.5], 74 O.S. 1961 500.1 [74-500.1], 47 O.S. 1967 Supp., 159.5 [47-159.5] W. HOWARD O'BRYAN, JR.